IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 22-10-BU-KLD |
| Information associated with Alpine Customs Inc. that is stored at premises controlled by right networks | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 15th day of March, 2022

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1